431 F.2d 1205
 Robert BARTELS, Plaintiff-Appellant,
v.
NEW YORK LITHOGRAPHERS' AND PHOTO-ENGRAVERS' UNION NO. ONE-P, formerly known as New York Photo-Engravers' Union No. One, Defendant-Appellee.
 No. 26.
 Docket 34675.
 United States Court of Appeals, Second Circuit.
 Argued September 17, 1970.
 Decided September 17, 1970.
 
 Solomon D. Monshine, New York City, for appellant.
 Moss K. Schenck, Schenck & Schenck, New York City, for appellee.
 Before WATERMAN, MOORE and KAUFMAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 After argument and in open court we affirm the judgment below upon Judge Levet's findings of fact and conclusions of law, reported at 306 F.Supp. 1266.